ELMENDORF *v.* HARRIS, 23 Wend. 628.

In S. Ct. 5 Wend. 516.

*Award ; Umpire.*

THE Supreme Court held, in a suit against a surety in an arbitration bond, that where a submission in writing had been made, (before the Rev. Stat.) that it was competent for the party prevailing in the arbitration, to show an appointment of an umpire by parol, unless the submission required it to be made in writing; and that no notice of hearing was necessary to the losing party.

The Court of Errors, held, however, that this award, made without *notice of the hearing* before the umpire *to the losing party* was *void ;* that an *umpire* cannot be appointed by parol, where, as in this case, it was expressly agreed, that the submission should be made *a rule of Court* under the statute :—though it would be good if it had been a mere common law arbitration. Per Chancellor, W. delivering the opinion of the Court.

Judgment reversed 18 to none.